IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mankiewicz, Robert A

Printed: 11/11/08

Case Number: 07 B 20532
Judge: Wedoff, Eugene R
Filed: 11/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: November 4, 2008
Confirmed: January 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,870.00 |  |
| Secured: |  | 5,514.24 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 355.76 |
| Other Funds: |  | 0.00 |
| Totals: | 5,870.00 | 5,870.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Charter One Bank | Secured | 0.00 | 0.00 |
| 2. | Citigroup | Secured | 0.00 | 0.00 |
| 3. | Charter One Bank | Secured | 9,559.17 | 4,340.73 |
| 4. | Citigroup | Secured | 2,584.30 | 1,173.51 |
| 5. | B-Real LLC | Unsecured | 4,506.90 | 0.00 |
| 6. | B-Real LLC | Unsecured | 835.01 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 3,414.59 | 0.00 |
| 8. | Chase Bank | Unsecured | 1,819.86 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,137.95 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 5,347.27 | 0.00 |
| 11. | FIA Card Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,205.05 | $ 5,514.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 126.80 |
| 6.5% | 228.96 |
|  | $ 355.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mankiewicz, Robert A

Printed: 11/11/08

Case Number: 07 B 20532
Judge: Wedoff, Eugene R
Filed: 11/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

